IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JERRY McKEE                                                                PLAINTIFF

v.                              No. 3:19-cv-22-DPM

ASA HUTCHINSON, Governor,                                       DEFENDANTS
State of Arkansas, McMILLION, Judge,
Greene County, DANIEL STIDHAM,
Honorable, BARBARA HALSEY, Judge,
Second Judicial District, ADAM BUTLER,
Prosecuting Attorney, RHONDA THOMAS,
Lieutenant, CID

ORDER

1. McKee hasn't paid the filing and administrative fees or filed an application to proceed *in forma pauperis*. He says jail staff won't fill out the paperwork. № 2. A jail official must complete and sign the certificate and calculation sheet. The Court therefore directs the Clerk to mail McKee an application to proceed *in forma pauperis*. McKee must try again and submit the completed application and certified calculation sheet by 4 March 2019. If he doesn't, then the Court will dismiss his complaint without prejudice. LOCAL RULE 5.5(c)(2). If jail officials still refuse to complete and sign the paperwork for McKee, then he should note on the forms that he's tried twice and submit them to the Court. If the Court grants McKee permission to proceed *in forma*

*pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

2. The Court directs the Clerk to send a copy of this Order to the Greene County Sheriff, 1809 North Rocking Chair Road, Paragould, AR 72450.

So Ordered.

*_____*
D.P. Marshall Jr.
United States District Judge

1 February 2019