## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**JERRY McKEE**                                                    **PLAINTIFF**

**v.**                              **No. 3:19-cv-22-DPM**

**ASA HUTCHINSON, Governor,**
**State of Arkansas; McMILLION, Judge,**
**Greene County; DANIEL STIDHAM,**
**Honorable; BARBARA HALSEY, Judge,**
**Second Judicial District; ADAM BUTLER,**
**Prosecuting Attorney; and RHONDA**
**THOMAS, Lieutenant, CID**                               **DEFENDANTS**

### ORDER

McKee's state criminal case is still pending. His motion to reopen, № 10, is therefore denied without prejudice. McKee can move to reopen this case after final disposition of his state case, including any appeal. But until then, this case must remain on hold.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 March 2019