# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JERRY McKEE                                              PLAINTIFF

v.                      No. 3:19-cv-22-DPM

ASA HUTCHINSON, Governor,                                DEFENDANTS
State of Arkansas; McMILLION, Judge,
Greene County; DANIEL STIDHAM,
Honorable; BARBARA HALSEY, Judge,
Second Judicial District; ADAM BUTLER,
Prosecuting Attorney; and RHONDA
THOMAS, Lieutenant, CID

## ORDER

**1.** The Court directs the Clerk to docket McKee's motion, № 12, as a notice of appeal.

**2.** To the extent McKee seeks leave to appeal *in forma pauperis*, the motion is denied without prejudice; McKee must submit an application and certified calculation sheet. The Court directs the Clerk to send McKee an application to proceed *in forma pauperis* on appeal with a copy of this Order.

**3.** If the Court grants McKee leave to appeal *in forma pauperis*, then he will have to pay the $505.00 appellate filing and docketing fees in monthly installments taken from his prisoner account.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 April 2019