# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JERRY McKEE                                          PLAINTIFF

v.                      No. 3:19-cv-22-DPM

ASA HUTCHINSON, Governor,               DEFENDANTS
State of Arkansas; McMILLION, Judge,
Greene County; DANIEL STIDHAM,
Honorable; BARBARA HALSEY, Judge,
Second Judicial District; ADAM BUTLER,
Prosecuting Attorney; and RHONDA
THOMAS, Lieutenant, CID

## ORDER

**1.** Motion to extend the time to file an appeal, № 18, denied as moot. The Court already directed the Clerk to file McKee's motion for permission to appeal, № 12, as a notice of appeal.

**2.** To the extent McKee seeks permission to proceed *in forma pauperis* on appeal without submitting an IFP application, his motion is denied. № 16. If McKee can't get jail officials to complete his *in forma pauperis* paperwork by 22 May 2019, then he should note that on the forms and submit them to the Court.

**3.** Motion to remove or stay state proceedings, № 17, denied.

**4.** The Court directs the Clerk to send a copy of this Order to the Greene County Sheriff, 1809 North Rocking Chair Road, Paragould, AR 72450.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 May 2019